**FILED**

JAN 0 3 2013

THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLIINOIS

*Battle Force, LLC*

        Plaintiff,

vs.

DOES 1-26,

        Defendants.

_____/

Docket No. 1:12-cv-07818

MOTION TO QUASH OR MODIFY SUBPOENA

## MOTION TO QUASH OR MODIFY SUBPOENA

I received a letter from my ISP (Comcast) regarding a subpoena, which included a copy of the Order Granting Plaintiff's Application for Leave to Take Discovery. I believe I am a victim of an interloper "high-jacking" my wireless connection.

This is the reason I am filing this motion, and for this reason, I respectfully request that I be allowed to do so without revealing my personally identifying information.

### INTRODUCTION

To cut court costs while suing as many individuals as possible, Plaintiff's counsel, is using improper joinders in their mass lawsuits alleging copyright infringement through *Battle Force, LLC* There are also has mass lawsuits in Illinois, including a BitTorrent case nearly identical to this one, *CP Productions, Inc. v. Does 1-300* case 1:2010cv06255, and in this case the court notes before dismissal:

> [I]f the 300 unnamed defendants have in fact infringed any copyrights (something that this court will assume to be the case, given the Complaint's allegations that so state), each of those infringements was separate and apart from the others. No predicate has been shown for thus combining 300 separate actions on the cheap — if CP had sued the 300 claimed infringers separately for their discrete infringements, the filing fees alone would have aggregated $105,000 rather than $350.

Later, Judge Milton Shadur writes about Steele Hansmeier's abuse of the litigation system "in more than one way" with its "ill-considered" lawsuit:

## ARGUMENT

Because this improper joining of these Doe defendants into this one lawsuit raises serious questions of individual fairness and individual justice, the Court should sever the defendants and "drop" Does 1-4, from the case.

See Fed. R. Civ. P. 21.

Dated: 12/27/2012                          Respectfully submitted,


                                           *s/John Doe*
                                           John Doe
                                           *Pro se*


Mailed to: Clerk's Office, 219 s Dearborn, Chicago Il., 60604, attn: clerks' office